FILED
CLERK, U.S. DISTRICT COURT

APR 1 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**"BY FAX"**

| | |
|---|---|
| VALENCIA BIBLE, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>RIO PROPERTIES, INC., a Nevada corporation; and Does 1 to 10, inclusive,<br><br>        Defendant. | CASE NO. CV-07-0366 AHM (RCx)<br><br>Judge:        Hon. A. Howard Matz<br>Dept.:        14<br>Mag. Judge:   Hon. Rosalyn M. Chapman<br><br>[PROPOSED] JUDGMENT FOLLOWING TRIAL BY JURY<br><br>Trial Date:   March 25, 2008 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4832-7520-8962.1

CASE NO. CV-07-0366 AHM (RCx)

1    WHEREAS this case was tried in this Honorable Court before a jury of eight

2    on March 25-27, 2008, and,

3

4    WHEREAS, this Court previously ordered that trial in this action would be

5    bifurcated into Phase 1:  Liability (duty and breach of duty) and Phase 2 (causation

6    and damages), and,

7

8    WHEREAS, the impaneled and duly sworn jury deliberated and unanimously

9    determined that Rio Properties, Inc. was not negligent, in Phase 1 of the trial in this

10   action.

11

12    This Court HEREBY ORDERS, ADJUDGES, AND DECREES that the jury

13   in this action having found no liability for negligence on the part of Defendant Rio

14   Properties, Inc., judgment in favor of Defendant Rio Properties, Inc. is hereby

15   entered.

16

17    This Court further ORDERS that pursuant to Rule 54 of the Federal Rules of

18   Civil Procedure, and Local Rule 54-1 of the Central District of California, fees and

19   costs in the amount of $_____ are hereby awarded to Defendant Rio

20   Properties, Inc. as the prevailing party in this action.

21

22

23   Dated:  April 17, 2008

          Hon. A. Howard Matz
24        United States District Judge

25

26

27

28